UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAK LAWN RESPIRATORY AND REHABILITATION CENTER, LLC, an Illinois Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN, in her official capacity as Administrator of the Small Business Administration, JANET YELLEN, in her official capacity as United States Secretary of the Treasury, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | No. 23 C 4363 <br><br> Judge Maldonado |

**DEFENDANTS' UNCONTESTED MOTION
TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Defendants, by their attorney, Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, move to supplement the administrative record, and in support state as follows:

1.      Defendants produced the record from the administrative appeal underlying this matter to plaintiff Oak Lawn Respiratory and Rehabilitation Center, LLC ("Oak Lawn") on November 3, 2023. Dkt. 27-28.

2.      In preparing their consolidated motion for summary judgment and opposition to Oak Lawn's motion for summary judgment, defendants discovered that the administrative record was incomplete because it did not include signed and dated copies of documents pertaining to plaintiff's PPP loan application and loan forgiveness application.

3. For example, the record contains an unsigned copy of the promissory note for Oak Lawn's PPP loan. USA_000510-USA_000515. A copy of the promissory note executed by Michael Blisko on May 18, 2020, with which defendants propose to supplement the administrative record, has been Bates numbered USA_000848-USA_000853 and is included at Tab 2 to defendants' LR 56.1 Statement.

4. The signed promissory note is among the "required loan documentation" for a lender to disburse a PPP loan. 85 Fed. Reg. 26,321, 26,322. So, although the signed promissory note was not, itself, before the SBA's Office of Hearings and Appeals ("OHA") in the underlying administrative proceedings, and the fact of disbursement of Oak Lawn's PPP loan on or about May 18, 2020, is uncontested and corroborated throughout the administrative record as considered by OHA. *See, e.g.*, USA_000124, USA_000582, USA_000778, USA_000799, USA_000802.

5. Likewise, the record contains unsigned copies of additional loan documentation, USA_000516-USA_000521, for which signed copies have now been located. Copies of these documents executed by a representative of the lender, Fifth Third Bank, and Michael Blisko, with which defendants propose to supplement the administrative record, have been Bates numbered USA_000854-USA_000859 and are included at Tab 2 to defendants' LR 56.1 Statement.

6. The proposed supplemental documents complete the administrative record because they provide necessary background on the technical procedures for PPP loan applicants and lenders to fulfill the requirements for disbursement loan proceeds. *See Wesley v. McDonough*, No. 21 C 2948, 2022 WL 19228924, at *2 (N.D. Ill. Apr. 18, 2022) (administrative record may be supplemented to provide "background information" and agency "methodology").

7. Attached as Exhibit 1 to this motion is a declaration of Erika Hoppes of the SBA Office of General counsel attesting that the pages identified at Bates USA_000848-USA_000859

are true and correct executed copies of documents pertaining to Oak Lawn's PPP loan application and loan forgiveness application.

8. Oak Lawn does not object to this motion to supplement the record with the proposed documents.

WHEREFORE, the court should grant defendants leave to supplement the administrative record with documents Bates-numbered USA_000848-USA_000859.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ Jordan A. Rosen
JORDAN A. ROSEN
WILLIAM M. STROM
Assistant United States Attorneys
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5331 / 697-4087
jordan.rosen@usdoj.gov
william.strom@usdoj.gov
